IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DINORA REYES                                              PLAINTIFF

v.                          No. 2:18-CV-02075

USABLE LIFE; USABLE MUTUAL
INSURANCE COMPANY; WESTERN
ARKANSAS COUNSELING & GUIDANCE
CENTER, INC.; POLICY NUMBER
50019936-LTD; JOHN AND JANE DOE 1-10                     DEFENDANTS

## ORDER

Before the Court is Plaintiff Dinora Reyes and Separate Defendant USAble Life's (Doc. 5) joint motion to dismiss separate defendants USAble Mutual Insurance Company ("USAble Mutual") and Western Arkansas Counseling & Guidance Center, Inc. ("WACGC"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1)(ii), the parties move to dismiss USAble Mutual and WACGC because "USAble Life is the appropriate Defendant for purposes of defending the claims pleading in the Plaintiff's complaint and satisfaction of any judgement based on the Plaintiff's Complaint." (*Id.*, p. 1).

IT IS THEREFORE ORDERED that the parties' joint motion (Doc. 5) to dismiss defendants USAble Mutual and WACGC is GRANTED, and all claims against USAble Mutual and WACGC are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to terminate USAble Mutual Insurance Company and Western Arkansas Counseling & Guidance Center, Inc. as parties to this action.

IT IS SO ORDERED this 14th day of June, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1